

**NUMBER 13-14-00013-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARK RODRIGUEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

**On appeal from the 28th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Mark Rodriguez, was convicted of theft. On December 23, 2013, appellant filed a notice of appeal. On May 30, 2014, this Court abated the appeal because of counsel's failure to file a brief and ordered the trial court to determine whether appellant desired to prosecute this appeal.

At the trial court hearing, counsel appeared and stated that appellant had been released from jail and could not be located. The trial court made findings regarding the

efforts made by counsel to locate the appellant and recommended that appellant has abandoned the appeal and the appeal should be dismissed. Accordingly, this case is hereby REINSTATED.

Based upon the recommendation of the trial court that appellant has abandoned his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we DISMISS the appeal.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of October, 2014.